UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| TERAP SEID,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>　　　　　Defendant. | **REPORT AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO SERVE THE DEFENDANT**<br><br>Case No. 2:23-cv-00706<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

　　　　Plaintiff Terap Seid filed this action without an attorney.[1] After Mr. Seid failed to serve the complaint on the defendant within the time period allowed by Rule 4(m) of the Federal Rules of Civil Procedure (ninety days), the court ordered Mr. Seid to show cause why his case should not be dismissed for failure to serve or prosecute.[2] On the deadline to show cause, Mr. Seid filed a motion to have a lawyer appointed to represent him,[3] which the court denied without prejudice because Mr. Seid did not provide a reason for his request.[4] The court also extended Mr. Seid's deadline to show cause

---

[1] (*See* Order Granting Mot. to Proceed in Forma Pauperis, Doc. No. 4; Compl., Doc. No. 5.)

[2] (*See* Order to Show Cause, Doc. No. 5.)

[3] (Mot. for Appointment of Counsel, Doc. No. 6.)

[4] (*See* Order Den. Without Prejudice Mot. for Appointment of Counsel and Ordering Mr. Seid to Show Cause Why His Case Should Not Be Dismissed for Failure to Serve or Prosecute, Doc. No. 7.)

1

why his case should not be dismissed.[5]  The court noted that his extended deadline applied regardless of whether Mr. Seid filed another motion to appoint counsel, and warned Mr. Seid that his case may be dismissed if he did not adequately respond to the court's order to show cause by March 21, 2024.[6]

On March 18, 2024, Mr. Seid filed an untitled document again requesting appointment of an attorney.[7]  The document did not describe any efforts to serve the defendant or good cause for not doing so (in other words, the document did not adequately respond to the court's order to show cause).  The deadline to show cause passed, and Mr. Seid did not file any other documents.  In response to Mr. Seid's untitled document, the court extended his deadline to respond to the order to show cause "one final time," until May 9, 2024.[8]  The court's order notified Mr. Seid that May 9 was "his final deadline to show cause, and his case may be dismissed if he does not adequately respond to the court's order to show cause.  This deadline applies regardless of whether Mr. Seid obtains counsel, and regardless of whether he chooses to file other motions."[9]

---

[5] (*See id.* at 3.)

[6] (*See id.*)

[7] (Untitled Doc., Doc. No. 8.)

[8] (Order Extending Deadline to Show Cause Why Case Should Not be Dismissed for Failure to Serve or Failure to Prosecute, Doc. No. 9.)

[9] (*Id.* at 3.)

On May 8, 2024, Mr. Seid filed a response to the order to show cause.[10] This document does not describe any efforts to serve the defendant or good cause for not doing so—rather, Mr. Seid focuses solely on the merits of his case.[11] Mr. Seid also attached exhibits to his response, which similarly focus on the merits of the case, rather than explaining Mr. Seid's failure to serve the defendant.[12] The deadline to show cause has now passed, and Mr. Seid has not filed any other documents.

The court has given Mr. Seid numerous chances to serve the complaint or explain his failure to do so. After Mr. Seid failed to serve his complaint within the time period allowed by the Federal Rules of Civil Procedure, the court set a deadline for Mr. Seid to explain why he has failed to serve the complaint. The court then extended this deadline twice, and Mr. Seid has still not attempted to explain his failure to serve the defendant. Rule 4(m) of the Federal Rules of Civil Procedure provides: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."[13] The court is left with no choice but to recommend dismissal of Mr. Seid's case.

---

[10] (Resp. to Ct. Order to Show Cause, and Not to Dismiss Case, Doc. No. 10.)

[11] (*See generally id.*)

[12] (*See* Exs., Doc. No. 11.)

[13] Fed. R. Civ. P. 4(m).

RECOMMENDATION

Because Mr. Seid has failed to serve the defendant after several chances to do so, the undersigned recommends the district judge dismiss this action without prejudice for failure to serve the defendant. The court will send this Report and Recommendation to Mr. Seid, who is notified of his right to object to it. Mr. Seid must file any objection within fourteen days of service.[14] Failure to object may constitute waiver of objections.

DATED this 21st day of May, 2024.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[14] *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(2).